1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONICIO C. TORREZ, JR.,<br><br>                              Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>                              Respondent. | Case No.:  22cv0082-GPC (AHG)<br><br>**ORDER:**<br><br>**(1) CONSTRUING PETITION FOR WRIT OF HABEAS CORPUS AS BROUGHT PURUSANT TO 28 U.S.C. § 2254,**<br><br>**(2) DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, and**<br><br>**(3) DISMISSING ACTION WITHOUT PREJUDICE** |

On January 5, 2022, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus in the District Court for the Central District of California with an attached application to proceed in forma pauperis.  (ECF No. 1.)  On January 13, 2022, the action was transferred to this Court because although the Petition was on a federal 28 U.S.C. § 2241 habeas petition form, Petitioner was challenging a state court conviction from the San Diego County Superior Court under 28 U.S.C. § 2254, and jurisdiction was proper in the Southern District of California.  (ECF No. 3 at 1-3.)

1

## FORM OF ACTION

Because Petitioner is in state custody pursuant to the judgement of a state court, he cannot proceed with a federal habeas petition under 28 U.S.C. § 2241, but must proceed, if at all, under 28 U.S.C. § 2254. *See White v. Lambert*, 370 F.3d 1002, 1006-07 (9th Cir. 2004) (holding that section 2254 is the proper jurisdictional basis for a habeas petition brought by an individual "in custody pursuant to a state court judgment."), overruled on other grounds by *Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010). "Section 2254 is properly understood as 'in effect implement(ing) the general grant of habeas corpus authority found in § 2241, as long as the person is in custody pursuant to the *judgment* of a state court, and not in state custody for some other reason, such as pre-conviction custody, custody awaiting extradition, or other forms of custody that are possible without a conviction.'" *Id.* at 1006, quoting *Walker v. O'Brien*, 216 F.3d 626, 633 (7th Cir. 2000). "By contrast, the general grant of habeas authority in § 2241 is available for challenges by a state prisoner who is not in custody pursuant to a state court judgment-for example, a defendant in pre-trial detention or awaiting extradition. In these situations, not covered by the limitations in § 2254, the general grant of habeas authority provided by the Constitution and § 2241 will provide jurisdiction for state prisoners' habeas claims." *Id*.

Accordingly, the Petition for a writ of habeas corpus filed in this action is construed as brought pursuant to 28 U.S.C. § 2254.

## APPLICATION TO PROCEED IN FORMA PAUPERIS

A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Although Petitioner has attached a copy of a prison certificate to his application it contains no financial information and is not certified. (*See* ECF No. 1 at 7.) Because Petitioner has not provided the Court with the required financial information, the Court **DENIES** the request to proceed in forma pauperis and **DISMISSES** the case without prejudice.

## CONCLUSION AND ORDER

The Petition is **CONSTRUED** as one brought pursuant to 28 U.S.C. § 2254 and Petitioner's application to proceed in forma pauperis is **DENIED** without prejudice. To have the case reopened, Petitioner must, no later than **March 21, 2022**, provide the Court with: (1) a copy of this Order together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof Petitioner cannot pay the $5.00 filing fee. The Clerk of Court shall send Petitioner a blank Southern District of California in forma pauperis application which contains the proper prison certificate along with a copy of this Order.

**IT IS SO ORDERED.**

Dated: January 21, 2022

Hon. Gonzalo P. Curiel
United States District Judge

22cv0082-GPC (AHG)